IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

vs.                                                                  Cr. No.: 18-10015-STA

CHRISTOPHER PEDEN

        Defendant.

**ORDER GRANTING DEFENDANT'S MOTION TO CONTINUE
CHANGE OF PLEA HEARING AND NOTICE OF RESETTING**

This cause came on upon the motion of the Defendant to continue the Change of Plea Hearing Date set on Tuesday, May 22, 2018. For good cause shown, the Court hereby GRANTS the Defendant's motion.

This matter is hereby reset for Change of Plea on the 3rd day of July, 2018 at 9:00 A.M.

**IT IS SO ORDERED** this 21st day of May, 2018.

                                                      s/S. Thomas Anderson
                                                      S. THOMAS ANDERSON
                                                      Chief Judge, United States District Court

                                                        DATE: 5/21/2018