**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TENNESSEE**
**EASTERN DIVISION**

___

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | |
| VS. | ) | CR. NO. 1:18-10015-STA |
| CHRISTOPHER PEDEN, | ) | |
| Defendant. | ) | |

___

**ORDER ON CHANGE OF PLEA**
**AND NOTICE OF SETTING**
___

This cause came to be heard on October 15, 2018, Assistant United States Attorney, Matt Wilson, appearing for the Government and the defendant, Christopher Peden, appearing in person, and with counsel, Lee Gerald.

With leave of the Court, the defendant withdrew the not guilty plea heretofore entered and entered a plea of guilty to Count 4 of the Indictment.

A basis in fact having been established, the Court accepted the guilty plea.

**SENTENCING** in this case is **SET** for **TUESDAY, JANUARY 29, 2019 at 9:00 A.M., before Chief S. Thomas Anderson.**

Defendant is remanded to the custody of the United States Marshals.

**ENTERED** this the 15th day of October, 2018.

                                                          s/ S. Thomas Anderson
                                                        CHIEF JUDGE, U. S. DISTRICT COURT